455 A.2d 206

Commonwealth v. Wright, Appellant.
Petition for Allowance of Appeal
Denied May 4, 1983.

Submitted November 5, 1981. Rosemarie T. Kenkelen, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.